IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN H. CHRISTENSEN,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>WEATHERFORD US LP, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-170-DB<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke Wells |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on February 2, 2017, recommending that the district court grant Defendant's Motion to Dismiss and deem the remaining motions to be moot.

　　　　The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

　　　　De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed.  The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

//

//

//

//

//

//

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendants' Motion to Dismiss is GRANTED, and the remaining motions are DEEMED MOOT.

Signed March 13, 2017.

BY THE COURT

District Judge Dee Benson